JAMES E. GROSSBERG (State Bar No. 169626)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1041 Skyline Drive
Laguna Beach, CA 92651
Telephone: (949) 715-3136
Facsimile: (949) 715-3138
*Attorneys for Plaintiff Crittenden Research Inc.*

STEVEN B. SOLTMAN (State Bar No. 108649)
SOLTMAN, LEVITT, FLAHERTY WATTLES, LLP
2535 Townsgate Road, Suite 307
Westlake Village, CA 91361
Telephone: (805) 497-7706
Facsimile: (805) 497-1147
*Attorneys for Defendant Burns & Wilcox, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITTENDEN RESEARCH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BURNS & WILCOX, LTD. <br><br> Defendant. | Civil No. 09-CV-378 IEG (NLS) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff Crittenden Research Inc. ("Crittenden") and Defendant Burns & Wilcox, Ltd. ("Burns & Wilcox") that Crittenden dismisses all claims against Burns & Wilcox with prejudice, with each party to bear its own attorneys' fees and costs.

The undersigned counsel for plaintiff Crittenden certifies that counsel for defendant Burns & Wilcox has consented to the filing of this Stipulation of Dismissal and to the use of defense counsel's electronic signature as reflected below.

1

1 | DATED: July 29, 2009 | Respectfully submitted,

3 | LEVINE SULLIVAN KOCH & SCHULZ, LLP | SOLTMAN, LEVITT, FLAHERTY WATTLES, LLP

5 | By: s/ James E. Grossberg | By: s/ Steven B. Soltman

7 | Attorneys for Plaintiff Crittenden | Attorneys for Defendant Burns & Wilcox

2