FILED
2009 SEP 10 AM 10: 48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITTENDEN RESEARCH, INC., | Case No. 09-CV-378 IEG (NLS) |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE |
| vs. | |
| BURNS & WILCOX, LTD. | (Doc. No. 11) |
| Defendant. | |

**UPON CONSIDERATION OF** the parties' Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure filed July 29, 2009, and in light of the parties' representation that they have reached a settlement of this action, it is hereby

**ORDERED** that the above-captioned action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED this 9th day of September, 2009.

IRMA E. GONZALEZ, Chief Judge
United States District Court